# **EXHIBIT B**

SUGARFINA DIP CASH FLOW PROJECTION - 13 WEEK v1.0

| | 1<br>9/7/2019 | 2<br>9/14/2019 | 3<br>9/21/2019 | 4<br>9/28/2019 | 5<br>10/5/2019 | 6<br>10/12/2019 | 7<br>10/19/2019 | EST. SALE DATE<br>8<br>10/26/2019 | 9<br>11/2/2019 | 10<br>11/9/2019 | 11<br>11/16/2019 | 12<br>11/23/2019 | 13<br>11/30/2019 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash Beginning of Period (1) | $ 296,939 | $ 133,815 | $ 127,790 | $ 135,669 | $ 101,379 | $ 16,719 | $ 84,690 | $ 621,690 | $ 1,093,544 | $ 921,044 | $ 763,544 | $ 606,044 | $ 448,544 | $ 296,939 |
| **Operating Receipts** | | | | | | | | | | | | | | |
| Cash Sales (Retail, eCommerce, Corporate) | 366,697 | 366,697 | 366,697 | 366,697 | 453,625 | 453,625 | 453,625 | 453,625 | | | | | | 3,281,286 |
| A/R Collection (Wholesale) | 122,739 | 122,739 | 147,132 | 147,132 | 167,250 | 167,250 | 454,500 | 454,500 | | | | | | 1,783,242 |
| Nordstrom Store in Store A/R | | | | 131,605 | | | | 160,959 | | | | | | 292,565 |
| | 489,436 | 489,436 | 513,829 | 645,434 | 620,875 | 620,875 | 908,125 | 1,069,084 | | | | | | 5,357,093 |
| | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll | 72,403 | 530,158 | 50,403 | 552,158 | 50,403 | 482,182 | 50,403 | 482,182 | | | | | | 2,270,291 |
| Marketing | 13,825 | 13,825 | 13,825 | 13,825 | 12,474 | 12,474 | 12,474 | 12,474 | | | | | | 105,195 |
| Travel & Entertainment | 5,122 | 5,122 | 5,122 | 5,122 | 6,974 | 6,974 | 6,974 | 6,974 | | | | | | 48,382 |
| Professional Services | 33,631 | 33,631 | 33,631 | 33,631 | 23,692 | 23,692 | 23,692 | 23,692 | | | | | | 229,292 |
| Merchant Services | 28,848 | 14,424 | 14,424 | 14,424 | 14,366 | 14,366 | 14,366 | 14,366 | | | | | | 129,584 |
| Shipping and Delivery | 259,066 | 149,993 | 140,237 | 87,737 | 78,348 | 78,348 | 78,348 | 78,348 | | | | | | 950,427 |
| Supplies & Equipment | 7,362 | 7,362 | 7,362 | 7,362 | 8,023 | 8,023 | 8,023 | 8,023 | | | | | | 61,538 |
| Miscellaneous | 9,057 | 9,057 | 9,057 | 9,057 | 10,264 | 10,264 | 10,264 | 10,264 | | | | | | 77,286 |
| Occupancy | 395,968 | | | | 255,699 | | | 69,000 | | | | | | 789,667 |
| Insurance | 49,854 | | | | 45,839 | | | | | | | | | 95,693 |
| Utilities | 7,139 | 7,139 | 7,139 | 7,139 | 7,928 | 7,928 | 7,928 | 7,928 | | | | | | 60,266 |
| Software and Related | 105,535 | | | | 106,689 | | | 1,154 | | | | | | 216,840 |
| Taxes | 75,000 | | | | | | | | | | | | | 75,000 |
| Equipment Lease | 15,000 | | | | 15,000 | | | | | | | | | 30,000 |
| JD Group Fulfillment & Production | | | | 455,823 | | | | 253,451 | | | | | | 709,274 |
| JD Group Occupancy | | | | 98,542 | | | | 96,875 | | | | | | 195,417 |
| Mexico Move (MOVE MNS inventory to JD) | | | | 100,000 | | | | | | | | | | 100,000 |
| Inventory Purchases | 474,750 | 474,750 | 474,750 | 474,750 | | | | | | | | | | 1,899,000 |
| | 1,552,560 | 1,245,461 | 755,950 | 1,929,724 | 635,697 | 645,404 | 213,625 | 1,064,731 | | | | | | 8,043,151 |
| Net Operating Cash Flow | (1,063,124) | (756,025) | (242,121) | (1,284,290) | (14,823) | (24,529) | 694,500 | 4,354 | | | | | | (2,686,058) |
| | | | | | | | | | | | | | | |
| **Restructuring Related Fees and Expenses** | | | | | | | | | | | | | | |
| Professional Fees (Reserved Weekly, paid pursuant to Order) | | | | | | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 1,260,000 |
| 1st day Motions (Deposits etc.) | 100,000 | | | | | | | | | | | | | 100,000 |
| Independent Board Members | | | | | 15,000 | | | | 15,000 | | | | | 30,000 |
| US Trustee Fees | | | | | 54,837 | | | | | | | | 78,161 | 132,998 |
| | 100,000 | | | | 69,837 | 157,500 | 157,500 | 157,500 | 172,500 | 157,500 | 157,500 | 157,500 | 235,661 | 1,522,998 |
| | (866,185) | (622,210) | (114,331) | (1,148,621) | 16,719 | (165,310) | 621,690 | 468,544 | 921,044 | 763,544 | 606,044 | 448,544 | 212,883 | 42,883 |
| | | | | | | | | | | | | | | |
| **Capital Transactions/Plan Admin Payments(2)** | | | | | | | | | | | | | | |
| DIP Loan to fund operations and pay restructuring fees (pre-Sale Date) | 1,000,000 | 750,000 | 250,000 | 1,250,000 | | 250,000 | | | | | | | | 3,500,000 |
| Gross Sale Proceeds | | | | | | | | 13,000,000 | | | | | | 13,000,000 |
| Cure Payments | | | | | | | | (650,000) | | | | | | (650,000) |
| Inventory Adjustments | | | | | | | | | | | | | | |
| A/R Adjustments | | | | | | | | (4,000,000) | | | | | | (4,000,000) |
| DIP Loan Payoff | | | | | | | | (4,849,179) | | | | | | (4,849,179) |
| First Lien Payoff | | | | | | | | (2,875,821) | | | | | | (2,875,821) |
| Second Lien Paydown | | | | | | | | | | | | | (170,000) | (170,000) |
| 503(b)9 | | | | | | | | 625,000 | | | | | | |
| | 1,000,000 | 750,000 | 250,000 | 1,250,000 | | 250,000 | | 1,093,544 | | | | | (170,000) | 3,955,000 |
| Cash End of Period | $ 133,815 | $ 127,790 | $ 135,669 | $ 101,379 | $ 16,719 | $ 84,690 | $ 621,690 | $ 1,093,544 | $ 921,044 | $ 763,544 | $ 606,044 | $ 448,544 | $ 42,883 | $ 42,883 |
| | | | | | | | | | | | | | | |
| **DIP Loan Balance (Net of Cash End of Period)** | | | | | | | | | | | | | | |
| DIP Loan | 1,000,000 | 1,750,000 | 2,000,000 | 3,250,000 | 3,250,000 | 3,500,000 | 3,500,000 | | | | | | | |
| Less: Cash End of Period | (133,815) | (127,790) | (135,669) | (101,379) | (16,719) | (84,690) | (621,690) | | | | | | | |
| Net DIP Loan Balance (Net of Cash End of Period) | $ 866,185 | $ 1,622,210 | $ 1,864,331 | $ 3,148,621 | $ 3,233,281 | $ 3,415,310 | $ 2,878,310 | $ - | $ - | $ - | $ - | $ - | $ - | $ - |