# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SUGARFINA, INC., *et al.*,[1] | ) Case No. 19-11973 (KBO) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance for A/R Retail, LLC, The Forbes Company, LLC and The Macerich Company (the "Landlord Creditors") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of all pleadings, motions, notices and other papers filed or served in this bankruptcy case, be served upon the Landlord Creditors through their undersigned counsel, as follows:

| | |
|---|---|
| Brian D. Huben, Esquire | Leslie C. Heilman, Esquire |
| Dustin P. Branch, Esquire | BALLARD SPAHR LLP |
| BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor |
| 2029 Century Park East, Suite 800 | Wilmington, Delaware 19801-3034 |
| Los Angeles, CA 90067-2909 | Telephone: (302) 252-4465 |
| Telephone: (424) 204-4400 | Facsimile: (302) 252-4466 |
| Facsimile: (424) 204-4350 | E-mail: heilmanl@ballardspahr.com |
| E-mail: branchd@ballardspahr.com | |
|         hubenb@ballardspahr.com | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian Revenue Agency, as applicable are (1) Sugarfina, Inc., a Delaware corporation (4356), (2) Sugarfina International, LLC, a Delaware limited liability company (1254) and (3) Sugarfina (Canada), Ltd. (4480). The location of the Debtors' corporate headquarters is 1700 E. Walnut Ave., 5th Floor, El Segundo, California 90245.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notices* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of the Landlord Creditors including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord Creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Landlord Creditors expressly state otherwise, Landlord Creditors do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: September 10, 2019<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br><br>and<br><br>Brian D. Huben, Esquire<br>Dustin P. Branch, Esquire<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067-2909<br>Telephone: (424) 204-4400<br>Facsimile: (424) 204-4350<br>E-mail: hubenb@ballardspahr.com<br>          branchd@ballardspahr.com<br><br>*Counsel for A/R Retail, LLC, The Forbes Company, LLC, and The Macerich Company* |