**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SUGARFINA, INC., *et al.*, | Case No. 19-11973 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF SALE SUPPORT AGREEMENT**

**PLEASE TAKE NOTICE** that, in connection with the relief sought by the Debtors in the *Motion of Debtors for Interim and Final Orders (i) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (ii) Granting Liens and Superpriority Claims and Adequate Protection; (iii) Scheduling a Final Hearing; (iv) Modifying the Automatic Stay; and (v) Granting Related Relief* [Docket No. 21] and *Debtors' Motion for Entry of an Order: (i)(a) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (b) Scheduling an Auction and Sale Hearing; (c) Approving the Form and Manner of Notice Thereof; (d) Approving Procedures for the Assumption and Assignment of Contracts and Leases; and (e) Granting Related Relief and (ii)(a) Authorizing and Approving the Sale of Substantially all the Debtors' Assets Free and Clear of all Liens, Claims, Interests, and Encumbrances; (b) Authorizing and Approving the Assumption and Assignment of Certain Contracts and Leases; and (c) Granting Related Relief* [Docket No. 62], and to provide notice of same to the Court and the parties-in-interest in these cases, Goldman Sachs Specialty Lending Group, L.P. hereby files that certain Sale Support Agreement by and among SFCC Loan Investors, LLC, Goldman Sachs Specialty Lending Group, L.P., and Candy Cube Holdings, LLC entered into as of September 16, 2019 (and as amended by the parties to update the exhibits which are attached to the Sale Support Agreement), a copy of

which is attached hereto as **Exhibit A**, together with a Letter Agreement by and among the parties dated September 11, 2019 which was entered into to address the payment of certain fees under the Debtors' proposed debtor-in-possession credit facility, a copy of which (excluding attachments) is attached hereto as **Exhibit B**.

| | |
|---|---|
| Dated: September 19, 2019<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Facsimile:   (302) 295-0199<br>Email:   chipman@chipmanbrown.com<br>             olivere@chipmanbrown.com<br><br>—and—<br><br>W. Austin Jowers<br>Michael R. Handler<br>**KING & SPALDING LLP**<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone:   (404) 572-2776<br>Email:   ajowers@kslaw.com<br>             mhandler@kslaw.com<br><br>*Counsel for Goldman Sachs Specialty Lending Group, LP* |