**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SUGARFINA, INC., <u>et al.</u>, | Case No. 19-11973 (MFW) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 24, 2019 AT 3:00 P.M.**

**CONTINUED MATTERS:**

1.  Motion of Debtors Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims and Adequate Protection; (III) Scheduling a Final Hearing; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [D.I. 21, filed September 6, 2019]

    <u>Objection/Response Deadline:</u>  September 17, 2019 at 4:00 p.m., extended to September 23, 2019 at 4:00 p.m. (ET) for Official Committee of Unsecured Creditors, Short Hills, International Market Place, ShopCore Properties, Domain Northside Retail, The Macerich Company, The Forbes Company, A/R Retail, LLC, and Federal Realty Investment Trust.

    <u>Objection/Responses Filed:</u>
    A.  Objection and Reservation of Rights to Entry of a Final Order Approving Debtors' Motion for Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Related Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Authorizing the Debtors' Use of Cash Collateral and (VI) Scheduling a Final Hearing [D.I. 93, filed September 16, 2019]

    B.  Notice of Filing of Corrected Exhibit B [D.I. 94, filed September 17, 2019]

    C.  Informal comments received from Official Committee of Unsecured Creditors and various landlords.

    <u>Related Documents:</u>
    A.  Declaration of Adam Meislik in Support of Debtors' Motion for Entry of Interim and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian Revenue Agency, as applicable are (1) Sugarfina, Inc., a Delaware corporation (4356), (2) Sugarfina International, LLC, a Delaware limited liability company (1254) and (3) Sugarfina (Canada), Ltd. (4480).   The location of the Debtors' corporate headquarters is 1700 E. Walnut Ave., 5th Floor, El Segundo, California 90245.

Final Orders Authorizing Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362 and 364 and Use of Cash Collateral [D.I. 22, filed September 6, 2019]

B. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Authorizing the Debtors' Use of Cash Collateral and (VI) Scheduling a Final Hearing [D.I. 71; signed September 11, 2019]

C. Notice of Hearing [D.I. 74, filed September 11, 2019]

Status:  This matter has been continued to the hearing on October 3, 2019 at 2:00 p.m.

2.  Debtors' Motion for Entry of an Order: (I) (A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, and Sale Hearing; (C) Approving the Form and Manner of Notice Thereof; (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases; (E) Granting Related Relief and (II) (A) Authorizing and Approving the Sale of Substantially All the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Authorizing and Approving the Assumption and Assignment of Certain Contracts and Leases; and (C) Granting Related Relief [D.I. 62, filed September 10, 2019]

Objection/Response Deadline:  September 20, 2019 at noon, September 17, 2019 at 4:00 p.m., extended to September 23, 2019 at 4:00 p.m. (ET) for Official Committee of Unsecured Creditors, United States Trustee, Short Hills, International Market Place, ShopCore Properties, Domain Northside Retail, The Macerich Company, The Forbes Company, A/R Retail, LLC, and Federal Realty Investment Trust.

Objection/Responses Filed:
A. Landlord BP Prucenter Acquisition LLC's Limited Objection to  Debtors' Motion for Entry of an Order: (I) (A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, and Sale Hearing; (C) Approving the Form and Manner of Notice Thereof; (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases; (E) Granting Related Relief and (II) (A) Authorizing and Approving the Sale of Substantially All the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Authorizing and Approving the Assumption and Assignment of Certain Contracts and Leases; and (C) Granting Related Relief [D.I. 108, filed September 19, 2019]

B. Informal comments received from Official Committee of Unsecured Creditors, United States Trustee, and various landlords.

Related Documents:
A. Debtors' Motion for Entry of an Order Shortening the Notice Period [D.I. 63, filed September 10, 2019]

11178986/3

B.  Order Shortening the Notice Period [D.I. 66; signed September 11, 2019]

C.  Notice of Hearing and Response Deadline with Respect to the Debtors' Bid Procedures Motion [D.I. 69, filed September 11, 2019]

Status:  This matter has been continued to the hearing on October 3, 2019 at 2:00 p.m.

## MATTERS GOING FORWARD:

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [D.I. 5, filed September 6, 2019]

Objection/Response Deadline:  September 17, 2019 at 4:00 p.m.

Objection/Responses Filed:  Informal comments received from Official Committee of Unsecured Creditors.

Related Documents:
A.  Interim Order (I) Authorizing Payment of Certain Prepetition Employee Claims, Including Wages and Salaries, (II) Authorizing Payment of Certain Employee Benefits and Confirming Right to continue Employee Benefits on Postpetition Basis, (III) Authorizing Payment of Reimbursement to Employees for Prepetition Expenses, (IV) Authorizing Payment of Withholding and Payroll-Related Taxes, (V) Authorizing Payment of Prepetition Claims Owing to Administrators and Third Party Providers, and (VI) Allowing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [D.I. 43, signed September 9, 2019]

Status:  This matter is going forward.

4.  Debtors' Motion for Interim and Final Orders Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Cash Management System, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 345, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [D.I. 6, filed September 6, 2019]

Objection/Response Deadline:  September 17, 2019 at 4:00 p.m.

Objection/Responses Filed: Informal comments received from Official Committee of Unsecured Creditors.

Related Documents:
A.  Interim Order Authorizing: (I) Maintenance of Existing Bank Accounts, (II) Continued

11178986/3

Use of Existing Cash Management Systems, and (III) Continued Use of Business Forms Pursuant to 11 U.S.C. §§ 105, 356, 363, 364, 503, 1107 and 1108 of the Bankruptcy Code [D.I. 44, signed September 9, 2019]

Status:  This matter is going forward.

5.   Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discrimination Against, The Debtors, (II) Determining That the Utility Companies are Adequately assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [D.I. 7, filed September 6, 2019]

Objection/Response Deadline:  September 17, 2019 at 4:00 p.m.

Objection/Responses Filed:   Informal comments received from Official Committee of Unsecured Creditors.

Related Documents:
A.   Interim Order Granting Motion Pursuant to Sections 105 and 366 of the Bankruptcy Code for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors, (II) Determining that the Utility Companies are Adequately Assured of Postpetition Payment and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance [D.I. 46, signed September 9, 2019]

Status:  This matter is going forward.

6.   Debtors' Motion Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code for an Interim and Final Order: (1) Authorizing Payment of Prepetition Sales, Use, and Franchise Tax and Other Similar Taxes and Fees; and (2) Authorizing Banks and Other Financial Institutions to Receive, Process, Honor and Pay Checks Issues and Electronic Payments Requests Made Related to Such Taxes and Fess [D.I. 9, filed September 6, 2019]

Objection/Response Deadline:  September 17, 2019 at 4:00 p.m.

Objection/Responses Filed:   Informal comments received from Official Committee of Unsecured Creditors.

Related Documents:
A.   Interim Order Pursuant to Sections 105(a), 507(a)(8), and 541(d) of the Bankruptcy Code (I) Authorizing the Payment of Prepetition Sales, Use, Franchise and Income Taxes, and Other Similar Taxes and Fees [D.I. 45, signed September 9, 2019]

Status:  This matter is going forward.

7.   Debtors' Motion for an Interim and Final Order Authorizing Debtors to Honor and Continue

Certain Customer Programs and Customer Obligations in the Ordinary Course of Business and Granting Related Relief [D.I. 10, filed September 6, 2019]

Objection/Response Deadline: September 17, 2019 at 4:00 p.m.

Objection/Responses Filed: None.

Related Documents:
A. Interim Order (I) Authorizing the Debtors' Motion for an Order Authorizing the Debtors to Honor and Continue Certain Customer Programs in the Ordinary Course of Business and (II) Granting Certain Related Relief [D.I. 47, signed September 9, 2019]

Status: This matter is going forward.

8. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Pre-Petition Amounts to Certain Critical Vendors [D.I. 11, filed September 6, 2019]

Objection/Response Deadline: September 17, 2019 at 4:00 p.m.

Objection/Responses Filed: Informal comments received from Official Committee of Unsecured Creditors.

Related Documents:
A. Interim Order Authorizing Debtors to Pay Pre-Petition Amounts to Certain Critical Vendors [D.I. 48, signed September 9, 2019]

Status: This matter is going forward.

**ADVERSARY MATTER REQUESTED:**

9. Plaintiff's Motion for Preliminary Injunctive Relief and Scheduling Expedited Consideration Solely on the Issue of Turnover [Adv. Pro. No. 19-50364, Adv. D.I. 4, filed September 19, 2019]

Objection/Response Deadline: N/A

Objection/Responses Filed: N/A

Related Documents:

A. Complaint Against GLJ, Inc. and MJC Conections LLC [Adv. Pro. No. 19-50364, Adv. D.I. 1, filed September 19, 2019]

B. Summons and Notice of Pretrial Conference [Adv. Pro. No. 19-50364, Adv. D.I. 3, filed September 19, 2019]

C. Declaration of Lance Miller in Support of Plaintiff's Motion for Preliminary

Injunctive Relief and Scheduling Expedited Briefing and Consideration Solely on the Issue of Turnover [Adv. Pro. No. 19-50364, Adv. D.I. 4, filed September 19, 2019]

Status:  This matter is going forward with the permission of the Court.

Dated:  September 20, 2019             **MORRIS JAMES LLP**

/s/ Brya M. Keilson
Brya M. Keilson (DE Bar No. 4643)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue; Suite 1500
Wilmington, DE  19801
Telephone:  (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  bkeilson@morrisjames.com
E-mail:  emonzo@morrisjames.com

      and
**SHULMAN HODGES & BASTIAN**
Alan J. Friedman, Esquire
Ryan O'Dea, Esquire
100 Spectrum Center Drive; Suite 600
Irvine, CA  92618
Telephone:  (949) 427-1654
Facsimile:  (949) 340-3000
E-mail:  afriedman@shbllp.com
E-mail:  rodea@shbllp.com

*Proposed Counsel to the  Debtors and Debtors in Possession*

6