# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SUGARFINA INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-11973 (MFW) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Thomas J. Fleming, Esquire of Olshan Frome Wolosky LLP to represent Bristol Investment Fund, Ltd. in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: September 26, 2019
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri K. Mumford*
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: mumford@lrclaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States District Court for the Southern and Eastern Districts of New York and the District of Columbia, the United States Court of Appeals for the Second, Third, District of Colombia and Federal Circuits, and the United States Tax Court and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 27, 2019

*/s/ Thomas J. Fleming*
Thomas J. Fleming
**OLSHAN FROME WOLOSKY LLP**
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 451-2300
Facsimile: (212) 451-2222
Email: TFleming@olshanlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{1254.001-W0057775.2}