## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SUGARFINA INC., *et al.*, | ) Case No. 19-11973 (KBO) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |

### AFFIDAVIT OF SERVICE RE:

| | |
|---|---|
| Docket No. 169 | FINAL ORDER (I) AUTHORIZING PAYMENT OF CERTAIN PREPETITION EMPLOYEE CLAIMS, INCLUDING WAGES AND SALARIES, (II) AUTHORIZING PAYMENT OF CERTAIN EMPLOYEE BENEFITS AND CONFIRMING RIGHT TO CONTINUE EMPLOYEE BENEFITS ON POSTPETITION BASIS, (III) AUTHORIZING PAYMENT OF REIMBURSEMENT TO EMPLOYEES FOR PREPETITION EXPENSES, (IV) AUTHORIZING PAYMENT OF WITHHOLDING AND PAYROLL-RELATED TAXES, (V) AUTHORIZING PAYMENT OF PREPETITION CLAIMS OWING TO ADMINISTRATORS AND THIRD PARTY PROVIDERS AND (VI) ALLOWING BANKS TO HONOR PREPETITION CHECKS AND FUND TRANSFERS FOR AUTHORIZED PAYMENTS [Re: Docket Nos. 5, 43 and 159] |
| Docket No. 170 | ORDER (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS AND (II) GRANTING RELATED RELIEF [Re: Docket Nos. 106 and 160] |
| Docket No. 171 | ORDER SCHEDULING OMNIBUS HEARING DATE [Re: Docket No. 154] |
|  | /// |

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian Revenue Agency, as applicable are (1) Sugarfina, Inc., a Delaware corporation (4356), (2) Sugarfina International, LLC, a Delaware limited liability company (1254) and (3) Sugarfina (Canada), Ltd. (4480). The location of the Debtors' corporate headquarters is 1700 E. Walnut Ave., 5th Floor, El Segundo, California 90245.

| | |
|---|---|
| Docket No. 177 | REPLY IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTIONS 105, 361, 362, 363, 364, AND 507 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001, AND LOCAL RULE 4001-2, FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE CASH COLLATERAL; (II) GRANTING LIENS AND SUPER-PRIORITY CLAIMS AND ADEQUATE PROTECTION; (III) SCHEDULING A FINAL HEARING; (IV) MODIFYING THE AUTOMATIC STAY; AND (V) GRANTING RELATED RELIEF [Re: Docket Nos. 21, 71 and 93] |
| Docket No. 178 | DECLARATION OF LANCE MILLER IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF MOTION FOR ENTRY AND APPROVAL OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION, (IV) MODIFYING THE AUTOMATIC STAY (V) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL AND (VI) SCHEDULING A FINAL HEARING [Re: Docket No. 177] |
| Docket No. 179 | DECLARATION OF ADAM MEISLIK IN SUPPORT OF DEBTORS' REPLY IN SUPPORT OF MOTION FOR ENTRY AND APPROVAL OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION SECURED FINANCING, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) GRANTING ADEQUATE PROTECTION, (IV) MODIFYING THE AUTOMATIC STAY, (V) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL AND (VI) SCHEDULING A FINAL HEARING [Re: Docket No. 177] |

I, Mabel Soto, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.    On September 30, 2019 at the direction of Morris James LLP, proposed Counsel for the Debtors and Debtors In Possession, the above referenced documents were served on the parties listed in Exhibits A through C via the modes of service indicated thereon:

Exhibit A      Those parties who have requested special notice and the Core Group
               Address List regarding Docket Nos. 169, 170, 171, 177, 178 and 179

Exhibit B      The Banks Address List regarding Docket Nos. 169, 177, 178 and 179

Exhibit C      The Affected Parties Address List regarding Docket Nos. 177, 178 and
               179

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

Executed on the 1st day of October 2019 at Hawthorne, California.

_____

Mabel Soto

**EXHIBIT A**

# Sugarfina

**Total number of parties:  105**

## Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70618 | AGMAN INVESTMENTS LLC, HOWARD SCOTT SILVERMAN, 10 E. OHIO ST.,, 2ND FLOOR, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 70618 | AMAC, STEVEN CATECHI, P.O. BOX 750249, PETALUMA, CA, 94975-0249 | US Mail (1st Class) |
| 70617 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, (RE: AR RETAIL, FORBES & MACERICH CO LLC), BRANCHD@BALLARDSPAHR.COM | E-mail |
| 70617 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, (RE: AR RETAIL, FORBES & MACERICH CO LLC), HUBENB@BALLARDSPAHR.COM | E-mail |
| 70617 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, (RE: FEDERAL REALTY INVESTMENT TRUST), HEILMANL@BALLARDSPAHR.COM | E-mail |
| 70617 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, (RE: AR RETAIL, FORBES & MACERICH CO LLC), HEILMANL@BALLARDSPAHR.COM | E-mail |
| 70617 | BARCLAY DAMON LLP, NICLAS A. FERLAND; ILAN MARKUS, (RE: WESTFIELD, LLC), NFERLAND@BARCLAYDAMON.COM | E-mail |
| 70617 | BARCLAY DAMON LLP, NICLAS A. FERLAND; ILAN MARKUS, (RE: WESTFIELD, LLC), IMARKUS@BARCLAYDAMON.COM | E-mail |
| 70617 | BAYARD, P.A., JUSTIN R. ALBERTO;ER FAY;DN BROGAN, (RE: OFFICIAL CMMTTEE OF UNSECURED CRD), DBROGAN@BAYARDLAW.COM | E-mail |
| 70617 | BAYARD, P.A., JUSTIN R. ALBERTO;ER FAY;DN BROGAN, (RE: OFFICIAL CMMTTEE OF UNSECURED CRD), EFAY@BAYARDLAW.COM | E-mail |
| 70617 | BAYARD, P.A., JUSTIN R. ALBERTO;ER FAY;DN BROGAN, (RE: OFFICIAL CMMTTEE OF UNSECURED CRD), JALBERTO@BAYARDLAW.COM | E-mail |
| 70617 | BROOKFIELD PROPERTY REIT, INC, KRISTEN N. PATE, BK@BROOKFIELDPROPERTIESRETAIL.COM | E-mail |
| 70617 | CHIPMAN BROWN CICERO & COLE, LLP, WILLIAM E CHIPMAN JR;MARK D OLIVERE, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), CHIPMAN@CHIPMANBROWN.COM | E-mail |
| 70617 | CHIPMAN BROWN CICERO & COLE, LLP, WILLIAM E CHIPMAN JR;MARK D OLIVERE, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), OLIVERE@CHIPMANBROWN.COM | E-mail |
| 70618 | CHRISTIAN WEIHPRECHT, EFRUTTI, 733 LEE STREET, SUITE 206, DES PLAINES, IL, 60016 | US Mail (1st Class) |
| 70618 | DELAWARE STATE TREASURY, 820 SILVER LAKE BOULEVARD,, SUITE 100, DOVER, DE, 19904 | US Mail (1st Class) |
| 70617 | DUANE MORRIS LLP, JARRET P. HITCHINGS, (RE: DOMAIN NORTHSIDE RETAIL PROP OWNER), JPHITCHINGS@DUANEMORRIS.COM | E-mail |
| 70618 | EVERPLUS F&B FUND, LLC, XUESONG "JOE" YU, 610 NEWPORT CENTER DR., SUITE 1260, NEWPORT BEACH, CA, 92660 | US Mail (1st Class) |
| 70618 | FEDEX CORPORATE SERVICES, INC., MICHAEL SIEDBAND, 3680 HACKS CROSS ROAD, BUILDING B, 3RD FLOOR, MEMPHIS, TN, 38125 | US Mail (1st Class) |
| 70617 | GREENBERG TRAURIG, LLP, DENNIS A. MELORO, (RE: RCPI LANDMARK PROPERTIES, LLC), MELOROD@GTLAW.COM | E-mail |
| 70617 | GREENBERG TRAURIG, LLP, HEATH B. KUSHNICK, (RE: RCPI LANDMARK PROPERTIES, LLC), KUSHNICKH@GTLAW.COM | E-mail |
| 70617 | ICE MILLER LLP, JASON M. TORF, (RE: MATTEL, INC.), JASON.TORF@ICEMILLER.COM | E-mail |
| 70617 | ICE MILLER LLP, JOHN C. CANNIZZARO, (RE: MATTEL, INC.), JOHN.CANNIZZARO@ICEMILLER.COM | E-mail |
| 70618 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 70617 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), MREINING@KELLEYDRYE.COM | E-mail |
| 70617 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | E-mail |

## Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70617 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), RLEHANE@KELLEYDRYE.COM | E-mail |
| 70617 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), JRAVIELE@KELLEYDRYE.COM | E-mail |
| 70617 | KING & SPALDING LLP, W AUSTIN JOWERS; MICHAEL R HANDLER, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), AJOWERS@KSLAW.COM | E-mail |
| 70617 | KING & SPALDING LLP, W AUSTIN JOWERS; MICHAEL R HANDLER, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), MHANDLER@KSLAW.COM | E-mail |
| 70618 | KING & SPALDING LLP, W AUSTIN JOWERS; MICHAEL R HANDLER, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), 1180 PEACHTREE STREET, NORTHEAST, SUITE 1600, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 70617 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, (RE: TAUBMAN LANDLORDS), SKAUFMAN@SKAUFMANLAW.COM | E-mail |
| 70617 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, (RE: WESTFIELD, LLC), SKAUFMAN@SKAUFMANLAW.COM | E-mail |
| 70617 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, (RE: DOMAIN NORTHSIDE RETAIL PROP OWNER), KEVIN@KSNPC.COM | E-mail |
| 70617 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P DILLMAN, (RE: CYPRESS - FAIRBANKS ISD, ET AL.), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 70617 | LINEBARGER,GOGGAN,BLAIR&SAMPSON LLP, ELIZABETH WELLER, (RE: DALLAS COUNTY), DALLAS.BANKRUPTCY@PUBLICANS.COM | E-mail |
| 70617 | LOEB & LOEB LLP, ATTN: LANCE JURICH, LJURICH@LOEB.COM | E-mail |
| 70618 | LOEB & LOEB LLP, ATTN: LANCE JURICH, 10100 SANTA MONICA BLVD, SUITE 2200, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 70617 | LOEB & LOEB, ATTN: VADIM J. RUBENSTEIN, VRUBINSTEIN@LOEB.COM | E-mail |
| 70618 | LOEB & LOEB, ATTN: VADIM J. RUBENSTEIN, 345 PARK AVENUE, NEW YORK, NY, 10154 | US Mail (1st Class) |
| 70618 | MARICH CONFECTIONERY COMPANY, JESSIE GUARDADO, 2101 BERT DRIVE, HOLLISTER, CA, 95023 | US Mail (1st Class) |
| 70617 | MAYER BROWN LLP, BRIAN TRUST;JOAQUIN M. C DE BACA, (RE: CIBC LEASECO, LLC), BTRUST@MAYERBROWN.COM | E-mail |
| 70617 | MAYER BROWN LLP, BRIAN TRUST;JOAQUIN M. C DE BACA, (RE: CIBC LEASECO, LLC), JCDEBACA@MAYERBROWN.COM | E-mail |
| 70617 | MCDONALD HOPKINS LLC, ATTN: MARC CARMEL, (RE: CANDY CUBE HOLDINGS, LLC), MCARMEL@MCDONALDHOPKINS.COM | E-mail |
| 70618 | MCDONALD HOPKINS LLC, ATTN: MARC CARMEL, (RE: CANDY CUBE HOLDINGS, LLC), 300 NORTH LASALLE STREET, SUITE 1400, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 70617 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, CHRISTINE E. DEVINE, (RE: BP PRUCENTER ACQUISITION LLC), CDEVINE@MIRICKOCONNELL.COM | E-mail |
| 70617 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, KATE P. FOLEY, (RE: BP PRUCENTER ACQUISITION LLC), KFOLEY@MIRICKOCONNELL.COM | E-mail |
| 70617 | MORRIS JAMES LLP, BRYA KEILSON;ERIC MONZO;J WAXMAN, (RE: DEBTORS), EMONZO@MORRISJAMES.COM | E-mail |
| 70617 | MORRIS JAMES LLP, BRYA KEILSON;ERIC MONZO;J WAXMAN, (RE: DEBTORS), BKEILSON@MORRISJAMES.COM | E-mail |
| 70617 | MORRIS JAMES LLP, BRYA KEILSON;ERIC MONZO;J WAXMAN, (RE: DEBTORS), JWAXMAN@MORRISJAMES.COM | E-mail |
| 70618 | OFFICE OF THE US TRUSTEE DELAWARE, ATTN: TIMOTHY FOX, CALEB BOGGS FEDERAL BUILDING, 844 KING ST, STE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70617 | PACHULSKI STANG ZIEHL & JONES LLP, JEFFREY N POMERANTZ;JAMES E O'NEILL, (RE: SFCC LOAN INVESTORS, LLC), JPOMERANTZ@PSZJLAW.COM | E-mail |
| 70617 | PACHULSKI STANG ZIEHL & JONES LLP, JEFFREY N POMERANTZ;JAMES E O'NEILL, (RE: SFCC LOAN INVESTORS, LLC), JONEILL@PSZJLAW.COM | E-mail |
| 70617 | POLSINELLI PC, BRENNA A. DOLPHIN, ESQ., (RE: NORTHPARK PARTNERS, LP), BDOLPHIN@POLSINELLI.COM | E-mail |

Sugarfina

## Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70617 | POLSINELLI PC, JAMES H. BILLINGSLEY, ESQ., (RE: NORTHPARK PARTNERS, LP), JBILLINGSLEY@POLSINELLI.COM | E-mail |
| 70617 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), RMCNEILL@POTTERANDERSON.COM | E-mail |
| 70617 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), JRYAN@POTTERANDERSON.COM | E-mail |
| 70617 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), CSAMIS@POTTERANDERSON.COM | E-mail |
| 70618 | RIGHT CLICK, INC., BAIJU MEHTA, 1221 E. DRYER ROAD, SUITE 225, SANTA ANA, CA, 92705 | US Mail (1st Class) |
| 70618 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 70618 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 70618 | SECURITIES & EXCHANGE COMMISSION, ATTN: ANDREW CALAMARI, REGIONAL DIR, NEW YORK REGIONAL OFFICE, BROOKFIELD PLC 200 VESEY ST STE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 70617 | SFCC LOAN INVESTORS, LLC, ATTN: CHARLIE MONTS, CHARLIE@366DEVELOPMENT.COM | E-mail |
| 70618 | SFCC LOAN INVESTORS, LLC, ATTN: CHARLIE MONTS, 2148 JIMMY DURANTE BOULEVARD,, SUITE B, DEL MAR, CA, 92104 | US Mail (1st Class) |
| 70617 | SHULMAN HODGES & BASTIAN LLP, ALAN J. FRIEDMAN;RYAN O'DEA, RODEA@SHBLLP.COM | E-mail |
| 70617 | SHULMAN HODGES & BASTIAN LLP, ALAN J. FRIEDMAN;RYAN O'DEA, AFRIEDMAN@SHBLLP.COM | E-mail |
| 70617 | SIMON PROPERTY GROUP, INC., ATTN: RONALD M. TUCKER, ESQ., RTUCKER@SIMON.COM | E-mail |
| 70617 | TERRAMAR CAPITAL LLC, ATTN: MARK CARMEL, JPHILLIPS@TERRAMARCAPITAL.COM | E-mail |
| 70618 | TERRAMAR CAPITAL LLC, ATTN: MARK CARMEL, 12100 WILSHIRE BLVD , STE 1750, LOS ANGELES, CA, 90025 | US Mail (1st Class) |
| 70617 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, (RE: TAUBMAN LANDLORDS), ACONWAY@TAUBMAN.COM | E-mail |
| 70617 | THE TAUNT LAW FIRM, PLLC, ERIKA D. HART, ESQ., (RE: TROLLI GMBH AND MEDERER U.S.A., INC), EHART@TAUNTLAW.COM | E-mail |
| 70617 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), BANKFILINGS@YCST.COM | E-mail |
| 70617 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), MBCLEARY@YCST.COM | E-mail |
| 70617 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), AMAGAZINER@YCST.COM | E-mail |

Subtotal for this group: 74

# EXHIBIT B

**Exhibit B - Sugarfina**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 70619 | BANK OF AMERICA, PO BOX 25118, TAMPA, FL, 33622 | US Mail (1st Class) |
| 70619 | CENTRAL PACIFIC BANK, PO BOX 3590, HONOLULU, HI, 96811 | US Mail (1st Class) |
| 70619 | COMERICA, TWO EMBARCADERO CENTER, SUITE 300, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 70619 | JP MORGAN, 300 SOUTH GRAND 3RD FLOOR, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 70619 | WELLS FARGO, MAC # N9306-111, 733 MARQUESTTE AVE S 11TH FLOOR, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |

**Subtotal for this group:  5**

Sugarfina

**EXHIBIT C**

## Exhibit C - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70630 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, 919 N. MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034 | US Mail (1st Class) |
| 70630 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, 2029 CENTURY PARK EAST, SUITE 800, LOS ANGELES, CA, 90067-2909 | US Mail (1st Class) |
| 70628 | BALLARD SPAHR LLP, BRIAN D. HUBEN, HUBENB@BALLARDSPAHR.COM | E-mail |
| 70628 | BALLARD SPAHR LLP, DUSTIN P. BRANCH, BRANCHD@BALLARDSPAHR.COM | E-mail |
| 70628 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, HEILMANL@BALLARDSPAHR.COM | E-mail |
| 70630 | DUANE MORRIS LLP, JARRET P. HITCHINGS, 222 DELAWARE AVENUE, SUITE 1600, WILMINGTON, DE, 19801-1659 | US Mail (1st Class) |
| 70628 | DUANE MORRIS LLP, JARRET P. HITCHINGS, JPHITCHINGS@DUANEMORRIS.COM | E-mail |
| 70629 | GLJ INC, 999 SOUTH OYSTER BAY RD, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70629 | GLJ, INC. MJC CONFECTIONS LLC, (RE: GLJ INC), ATTN: CRAIG FRAUM, 999 SOUTH OYSTER BAY ROAD, BUILDING 500, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70629 | LANDIS RATH & COBB LLP, K. MUMFORD; M. PIERCE, 919 MARKET ST., STE 1800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70630 | LANDIS RATH & COBB LLP, K. MUMFORD; M. PIERCE, 919 MARKET ST., STE 1800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70628 | LANDIS RATH & COBB LLP, K. MUMFORD, MUMFORD@LRCLAW.COM | E-mail |
| 70628 | LANDIS RATH & COBB LLP, M. PIERCE, PIERCE@LRCLAW.COM | E-mail |
| 70630 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, 919 N. MARKET STREET,, SUITE 460, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70628 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, SKAUFMAN@SKAUFMANLAW.COM | E-mail |
| 70630 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, 999 18TH STREET, SUITE 1230 S, DENVER, CO, 80202 | US Mail (1st Class) |
| 70628 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, KEVIN@KSNPC.COM | E-mail |
| 70629 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, CHRISTINE E. DEVINE, 100 FRONT STREET, WORCESTER, MA, 01608 | US Mail (1st Class) |
| 70629 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, KATE P. FOLEY, 1800 WEST PARK DR., SUITE 400, WESTBOROUGH,, MA, 01581 | US Mail (1st Class) |
| 70629 | MJC CONFECTIONS LLC, 999 SOUTH OYSTER BAY ROAD, BUILDING #500, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70629 | MJC CONFECTIONS LLC, (RE: SGR FOR MJC), ATTN: MATTHEW SILBERSTEIN, 999 SOUTH OYSTER BAY ROAD, BUILDING 500, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70629 | OLSHAN, 1325 AVENUE OF THE AMERICAS, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 70629 | SGR FOR MJC, 999 SOUTH OYSTER BAY ROAD, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70629 | SULLIVAN HAZELTINE ALLINSON LLC, ELIHU E. ALLINSON III, 901 N. MARKET ST., STE 1300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70630 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, 200 EAST LONG LAKE ROAD,, SUITE 300, BLOOMFIELD HILLS, MI, 48304 | US Mail (1st Class) |
| 70628 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, ACONWAY@TAUBMAN.COM | E-mail |

Subtotal for this group: 26

Sugarfina