# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SUGARFINA INC., ) | Case No. 19-11973 (MFW) |
| ) | |
| Debtor. ) | (Jointly Administered) |
| ) | |
| SUGARFINA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Pro. No. 19-50364 (MFW) |
| ) | |
| GLJ, INC. and MJC CONFECTIONS LLC, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SERVICE RE:

Docket No. 183    NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 3, 2019 AT 12:00 P.M. (ET)
[Re: Docket Nos. 4, 21, 62 and 180]

I, James H. Myers, state as follows:

1.   I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.   On October 2, 2019 at the direction of Morris James LLP, proposed Counsel for the Debtors and Debtors In Possession, the above referenced document was served on the parties listed in Exhibit A via the modes of service indicated thereon:

///

Exhibit A    Address List regarding Docket No. 183
- Those parties who have requested special notice and the Core Group are referenced in Service Lists 70640, 70641 and 70642
- The Affected Parties are referenced in Service Lists 70643 and 70644

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 3rd day of October 2019 at Hawthorne, California.

*James H. Myers* (signature)

James H. Myers

# EXHIBIT A

# Sugarfina

**Total number of parties: 144**

### Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70642 | AGMAN INVESTMENTS LLC, HOWARD SCOTT SILVERMAN, 10 E. OHIO ST.,, 2ND FLOOR, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 70641 | AMAC, STEVEN CATECHI, 888-852-7158 | Fax |
| 70642 | AMAC, STEVEN CATECHI, P.O. BOX 750249, PETALUMA, CA, 94975-0249 | US Mail (1st Class) |
| 70644 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, 919 N. MARKET STREET, 11TH FLOOR, WILMINGTON, DE, 19801-3034 | US Mail (1st Class) |
| 70644 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, 2029 CENTURY PARK EAST, SUITE 800, LOS ANGELES, CA, 90067-2909 | US Mail (1st Class) |
| 70643 | BALLARD SPAHR LLP, BRIAN D. HUBEN, HUBENB@BALLARDSPAHR.COM | E-mail |
| 70640 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, (RE: AR RETAIL, FORBES & MACERICH CO LLC), BRANCHD@BALLARDSPAHR.COM | E-mail |
| 70640 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, (RE: AR RETAIL, FORBES & MACERICH CO LLC), HUBENB@BALLARDSPAHR.COM | E-mail |
| 70641 | BALLARD SPAHR LLP, BRIAN D. HUBEN; DUSTIN P. BRANCH, (RE: AR RETAIL, FORBES & MACERICH CO LLC), (424) 204-4350<br>*fax failed* | Fax |
| 70643 | BALLARD SPAHR LLP, DUSTIN P. BRANCH, BRANCHD@BALLARDSPAHR.COM | E-mail |
| 70640 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, (RE: FEDERAL REALTY INVESTMENT TRUST), HEILMANL@BALLARDSPAHR.COM | E-mail |
| 70640 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, (RE: AR RETAIL, FORBES & MACERICH CO LLC), HEILMANL@BALLARDSPAHR.COM | E-mail |
| 70641 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, (RE: FEDERAL REALTY INVESTMENT TRUST), (302) 252-4466<br>*fax failed* | Fax |
| 70641 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, (RE: AR RETAIL, FORBES & MACERICH CO LLC), (302) 252-4466<br>*fax failed* | Fax |
| 70643 | BALLARD SPAHR LLP, LESLIE C. HEILMAN, ESQUIRE, HEILMANL@BALLARDSPAHR.COM | E-mail |
| 70640 | BARCLAY DAMON LLP, NICLAS A. FERLAND; ILAN MARKUS, (RE: WESTFIELD, LLC), NFERLAND@BARCLAYDAMON.COM | E-mail |
| 70640 | BARCLAY DAMON LLP, NICLAS A. FERLAND; ILAN MARKUS, (RE: WESTFIELD, LLC), IMARKUS@BARCLAYDAMON.COM | E-mail |
| 70641 | BARCLAY DAMON LLP, NICLAS A. FERLAND; ILAN MARKUS, (RE: WESTFIELD, LLC), (203) 654-6274<br>*fax failed* | Fax |
| 70644 | BAYARD, P.A., JUSTIN R. ALBERTO, ERIN R. FAY, DANIEL N. BROGAN, 600 N. KING STREET, SUITE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70643 | BAYARD, P.A., DANIEL N. BROGAN, DBROGAN@BAYARDLAW.COM | E-mail |
| 70643 | BAYARD, P.A., ERIN R. FAY, EFAY@BAYARDLAW.COM | E-mail |
| 70643 | BAYARD, P.A., JUSTIN R. ALBERTO, JALBERTO@BAYARDLAW.COM | E-mail |
| 70640 | BAYARD, P.A., JUSTIN R. ALBERTO;ER FAY;DN BROGAN, (RE: OFFICIAL CMMTTEE OF UNSECURED CRD), DBROGAN@BAYARDLAW.COM | E-mail |
| 70640 | BAYARD, P.A., JUSTIN R. ALBERTO;ER FAY;DN BROGAN, (RE: OFFICIAL CMMTTEE OF UNSECURED CRD), EFAY@BAYARDLAW.COM | E-mail |
| 70640 | BAYARD, P.A., JUSTIN R. ALBERTO;ER FAY;DN BROGAN, (RE: OFFICIAL CMMTTEE OF UNSECURED CRD), JALBERTO@BAYARDLAW.COM | E-mail |
| 70640 | BROOKFIELD PROPERTY REIT, INC, KRISTEN N. PATE, BK@BROOKFIELDPROPERTIESRETAIL.COM | E-mail |

## Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70641 | BROOKFIELD PROPERTY REIT, INC, KRISTEN N. PATE, (312) 442-6374 | Fax |
| 70640 | CHIPMAN BROWN CICERO & COLE, LLP, WILLIAM E CHIPMAN JR;MARK D OLIVERE, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), CHIPMAN@CHIPMANBROWN.COM | E-mail |
| 70640 | CHIPMAN BROWN CICERO & COLE, LLP, WILLIAM E CHIPMAN JR;MARK D OLIVERE, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), OLIVERE@CHIPMANBROWN.COM | E-mail |
| 70641 | CHIPMAN BROWN CICERO & COLE, LLP, WILLIAM E CHIPMAN JR;MARK D OLIVERE, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), (302) 295-0199<br>*fax failed* | Fax |
| 70641 | CHRISTIAN WEIHPRECHT, EFRUTTI, 847-813-5251 | Fax |
| 70642 | CHRISTIAN WEIHPRECHT, EFRUTTI, 733 LEE STREET, SUITE 206, DES PLAINES, IL, 60016 | US Mail (1st Class) |
| 70642 | DELAWARE STATE TREASURY, 820 SILVER LAKE BOULEVARD,, SUITE 100, DOVER, DE, 19904 | US Mail (1st Class) |
| 70644 | DUANE MORRIS LLP, JARRET P. HITCHINGS, 222 DELAWARE AVENUE, SUITE 1600, WILMINGTON, DE, 19801-1659 | US Mail (1st Class) |
| 70640 | DUANE MORRIS LLP, JARRET P. HITCHINGS, (RE: DOMAIN NORTHSIDE RETAIL PROP OWNER), JPHITCHINGS@DUANEMORRIS.COM | E-mail |
| 70641 | DUANE MORRIS LLP, JARRET P. HITCHINGS, (RE: DOMAIN NORTHSIDE RETAIL PROP OWNER), (302) 657-4901 | Fax |
| 70643 | DUANE MORRIS LLP, JARRET P. HITCHINGS, JPHITCHINGS@DUANEMORRIS.COM | E-mail |
| 70642 | EVERPLUS F&B FUND, LLC, XUESONG "JOE" YU, 610 NEWPORT CENTER DR., SUITE 1260, NEWPORT BEACH, CA, 92660 | US Mail (1st Class) |
| 70642 | FEDEX CORPORATE SERVICES, INC., MICHAEL SIEDBAND, 3680 HACKS CROSS ROAD, BUILDING B, 3RD FLOOR, MEMPHIS, TN, 38125 | US Mail (1st Class) |
| 70643 | GLJ INC, SCOTT@HAMPTONPOPCORN.COM | E-mail |
| 70644 | GLJ INC, 999 SOUTH OYSTER BAY RD, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70644 | GLJ, INC. MJC CONFECTIONS LLC, (RE: GLJ INC), ATTN: CRAIG FRAUM, 999 SOUTH OYSTER BAY ROAD, BUILDING 500, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70640 | GREENBERG TRAURIG, LLP, DENNIS A. MELORO, (RE: RCPI LANDMARK PROPERTIES, LLC), MELOROD@GTLAW.COM | E-mail |
| 70641 | GREENBERG TRAURIG, LLP, DENNIS A. MELORO, (RE: RCPI LANDMARK PROPERTIES, LLC), 302-661-7360 | Fax |
| 70640 | GREENBERG TRAURIG, LLP, HEATH B. KUSHNICK, (RE: RCPI LANDMARK PROPERTIES, LLC), KUSHNICKH@GTLAW.COM | E-mail |
| 70641 | GREENBERG TRAURIG, LLP, HEATH B. KUSHNICK, (RE: RCPI LANDMARK PROPERTIES, LLC), 212-801-6400 | Fax |
| 70640 | ICE MILLER LLP, JASON M. TORF, (RE: MATTEL, INC.), JASON.TORF@ICEMILLER.COM | E-mail |
| 70641 | ICE MILLER LLP, JASON M. TORF, (RE: MATTEL, INC.), (312) 726-6244<br>*fax failed* | Fax |
| 70640 | ICE MILLER LLP, JOHN C. CANNIZZARO, (RE: MATTEL, INC.), JOHN.CANNIZZARO@ICEMILLER.COM | E-mail |
| 70641 | ICE MILLER LLP, JOHN C. CANNIZZARO, (RE: MATTEL, INC.), (614) 462-1070<br>*fax failed* | Fax |
| 70642 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 70640 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), MREINING@KELLEYDRYE.COM | E-mail |
| 70640 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | E-mail |
| 70640 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), RLEHANE@KELLEYDRYE.COM | E-mail |
| 70640 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), JRAVIELE@KELLEYDRYE.COM | E-mail |
| 70641 | KELLEY DRYE & WARREN LLP, RL LEHANE;JD RAVIELE;MW REINING ESQ, (RE: LANDLORDS), 212-808-7897 | Fax |
| 70640 | KING & SPALDING LLP, W AUSTIN JOWERS; MICHAEL R HANDLER, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), AJOWERS@KSLAW.COM | E-mail |

## Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70640 | KING & SPALDING LLP, W AUSTIN JOWERS; MICHAEL R HANDLER, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), MHANDLER@KSLAW.COM | E-mail |
| 70642 | KING & SPALDING LLP, W AUSTIN JOWERS; MICHAEL R HANDLER, (RE: GOLDMAN SACHS SPECIALTY LENDING GRP), 1180 PEACHTREE STREET, NORTHEAST, SUITE 1600, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 70644 | LANDIS RATH & COBB LLP, K. MUMFORD; M. PIERCE, 919 MARKET ST., STE 1800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70643 | LANDIS RATH & COBB LLP, K. MUMFORD, MUMFORD@LRCLAW.COM | E-mail |
| 70643 | LANDIS RATH & COBB LLP, M. PIERCE, PIERCE@LRCLAW.COM | E-mail |
| 70644 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, 919 N. MARKET STREET,, SUITE 460, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70640 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, (RE: TAUBMAN LANDLORDS), SKAUFMAN@SKAUFMANLAW.COM | E-mail |
| 70640 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, (RE: WESTFIELD, LLC), SKAUFMAN@SKAUFMANLAW.COM | E-mail |
| 70641 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, (RE: TAUBMAN LANDLORDS), (302) 792-7420 | Fax |
| 70641 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, (RE: WESTFIELD, LLC), (302) 792-7420 | Fax |
| 70643 | LAW OFFICE OF SUSAN E. KAUFMAN, LLC, SUSAN E. KAUFMAN, ESQUIRE, SKAUFMAN@SKAUFMANLAW.COM | E-mail |
| 70644 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, 999 18TH STREET, SUITE 1230 S, DENVER, CO, 80202 | US Mail (1st Class) |
| 70640 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, (RE: DOMAIN NORTHSIDE RETAIL PROP OWNER), KEVIN@KSNPC.COM | E-mail |
| 70641 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, (RE: DOMAIN NORTHSIDE RETAIL PROP OWNER), (877) 611-6839 *fax failed* | Fax |
| 70643 | LAW OFFICES OF KEVIN S. NEIMAN, PC, KEVIN S. NEIMAN, KEVIN@KSNPC.COM | E-mail |
| 70640 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P DILLMAN, (RE: CYPRESS - FAIRBANKS ISD, ET AL.), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 70641 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P DILLMAN, (RE: CYPRESS - FAIRBANKS ISD, ET AL.), (713) 844-3503 | Fax |
| 70640 | LINEBARGER,GOGGAN,BLAIR&SAMPSON LLP, ELIZABETH WELLER, (RE: DALLAS COUNTY), DALLAS.BANKRUPTCY@PUBLICANS.COM | E-mail |
| 70641 | LINEBARGER,GOGGAN,BLAIR&SAMPSON LLP, ELIZABETH WELLER, (RE: DALLAS COUNTY), (469) 221-5003 | Fax |
| 70640 | LOEB & LOEB LLP, ATTN: LANCE JURICH, LJURICH@LOEB.COM | E-mail |
| 70642 | LOEB & LOEB LLP, ATTN: LANCE JURICH, 10100 SANTA MONICA BLVD, SUITE 2200, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 70640 | LOEB & LOEB, ATTN: VADIM J. RUBENSTEIN, VRUBINSTEIN@LOEB.COM | E-mail |
| 70642 | LOEB & LOEB, ATTN: VADIM J. RUBENSTEIN, 345 PARK AVENUE, NEW YORK, NY, 10154 | US Mail (1st Class) |
| 70641 | MARICH CONFECTIONERY COMPANY, JESSIE GUARDADO, 831-634-4705 | Fax |
| 70642 | MARICH CONFECTIONERY COMPANY, JESSIE GUARDADO, 2101 BERT DRIVE, HOLLISTER, CA, 95023 | US Mail (1st Class) |
| 70640 | MAYER BROWN LLP, BRIAN TRUST;JOAQUIN M. C DE BACA, (RE: CIBC LEASECO, LLC), BTRUST@MAYERBROWN.COM | E-mail |
| 70640 | MAYER BROWN LLP, BRIAN TRUST;JOAQUIN M. C DE BACA, (RE: CIBC LEASECO, LLC), JCDEBACA@MAYERBROWN.COM | E-mail |
| 70641 | MAYER BROWN LLP, BRIAN TRUST;JOAQUIN M. C DE BACA, (RE: CIBC LEASECO, LLC), (212) 262-1910 | Fax |
| 70640 | MCDONALD HOPKINS LLC, ATTN: MARC CARMEL, (RE: CANDY CUBE HOLDINGS, LLC), MCARMEL@MCDONALDHOPKINS.COM | E-mail |
| 70641 | MCDONALD HOPKINS LLC, ATTN: MARC CARMEL, (RE: CANDY CUBE HOLDINGS, LLC), (312) 280-8232 | Fax |
| 70642 | MCDONALD HOPKINS LLC, ATTN: MARC CARMEL, (RE: CANDY CUBE HOLDINGS, LLC), 300 NORTH LASALLE STREET, SUITE 1400, CHICAGO, IL, 60654 | US Mail (1st Class) |

## Exhibit A - Sugarfina

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70644 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, CHRISTINE E. DEVINE, 100 FRONT STREET, WORCESTER, MA, 01608 | US Mail (1st Class) |
| 70644 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, KATE P. FOLEY, 1800 WEST PARK DR., SUITE 400, WESTBOROUGH,, MA, 01581 | US Mail (1st Class) |
| 70640 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, CHRISTINE E. DEVINE, (RE: BP PRUCENTER ACQUISITION LLC), CDEVINE@MIRICKOCONNELL.COM | E-mail |
| 70641 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, CHRISTINE E. DEVINE, (RE: BP PRUCENTER ACQUISITION LLC), 508.791.8502<br>*fax failed* | Fax |
| 70643 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, CHRISTINE E. DEVINE, CDEVINE@MIRICKOCONNELL.COM | E-mail |
| 70640 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, KATE P. FOLEY, (RE: BP PRUCENTER ACQUISITION LLC), KFOLEY@MIRICKOCONNELL.COM | E-mail |
| 70641 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, KATE P. FOLEY, (RE: BP PRUCENTER ACQUISITION LLC), 508.898.1502<br>*fax failed* | Fax |
| 70643 | MIRICK,OCONNELL,DEMALLIE&LOUGEE LLP, KATE P. FOLEY, KFOLEY@MIRICKOCONNELL.COM | E-mail |
| 70644 | MJC CONFECTIONS LLC, 999 SOUTH OYSTER BAY ROAD, BUILDING #500, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70644 | MJC CONFECTIONS LLC, (RE: SGR FOR MJC), ATTN: MATTHEW SILBERSTEIN, 999 SOUTH OYSTER BAY ROAD, BUILDING 500, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70640 | MORRIS JAMES LLP, BRYA KEILSON;ERIC MONZO;J WAXMAN, (RE: DEBTORS), EMONZO@MORRISJAMES.COM | E-mail |
| 70640 | MORRIS JAMES LLP, BRYA KEILSON;ERIC MONZO;J WAXMAN, (RE: DEBTORS), BKEILSON@MORRISJAMES.COM | E-mail |
| 70640 | MORRIS JAMES LLP, BRYA KEILSON;ERIC MONZO;J WAXMAN, (RE: DEBTORS), JWAXMAN@MORRISJAMES.COM | E-mail |
| 70644 | OFFICE OF THE US TRUSTEE DELAWARE, ATTN: TIMOTHY FOX, CALEB BOGGS FEDERAL BUILDING, 844 KING STREET, SUITE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70642 | OFFICE OF THE US TRUSTEE DELAWARE, ATTN: TIMOTHY FOX, CALEB BOGGS FEDERAL BUILDING, 844 KING ST, STE 2207, LOCKBOX 35, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70643 | OLSHAN, ALUSTIGMAN@OLSHANLAW.COM | E-mail |
| 70644 | OLSHAN, 1325 AVENUE OF THE AMERICAS, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 70643 | OLSHAN FROME WOLOSKY LLP, ADAM H. FRIEDMAN, AFRIEDMAN@OLSHANLAW.COM | E-mail |
| 70643 | OLSHAN FROME WOLOSKY LLP, KYLE J. KOLB, KKOLB@OLSHANLAW.COM | E-mail |
| 70643 | OLSHAN FROME WOLOSKY LLP, THOMAS J FLEMING, TFLEMING@OLSHANLAW.COM | E-mail |
| 70640 | PACHULSKI STANG ZIEHL & JONES LLP, JEFFREY N POMERANTZ;JAMES E O'NEILL, (RE: SFCC LOAN INVESTORS, LLC), JPOMERANTZ@PSZJLAW.COM | E-mail |
| 70640 | PACHULSKI STANG ZIEHL & JONES LLP, JEFFREY N POMERANTZ;JAMES E O'NEILL, (RE: SFCC LOAN INVESTORS, LLC), JONEILL@PSZJLAW.COM | E-mail |
| 70640 | POLSINELLI PC, BRENNA A. DOLPHIN, ESQ., (RE: NORTHPARK PARTNERS, LP), BDOLPHIN@POLSINELLI.COM | E-mail |
| 70641 | POLSINELLI PC, BRENNA A. DOLPHIN, ESQ., (RE: NORTHPARK PARTNERS, LP), (302) 252-0921 | Fax |
| 70640 | POLSINELLI PC, JAMES H. BILLINGSLEY, ESQ., (RE: NORTHPARK PARTNERS, LP), JBILLINGSLEY@POLSINELLI.COM | E-mail |
| 70641 | POLSINELLI PC, JAMES H. BILLINGSLEY, ESQ., (RE: NORTHPARK PARTNERS, LP), (214) 397-0033<br>*fax failed* | Fax |
| 70640 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), RMCNEILL@POTTERANDERSON.COM | E-mail |
| 70640 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), JRYAN@POTTERANDERSON.COM | E-mail |
| 70640 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), CSAMIS@POTTERANDERSON.COM | E-mail |

**Exhibit A - Sugarfina**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 70641 | POTTER ANDERSON & CORROON LLP, J RYAN, C SAMIS, R S MCNEILL, (RE: TROLLI GMBH AND MEDERER U.S.A., INC), (302) 658-1192 | Fax |
| 70641 | RIGHT CLICK, INC., BAIJU MEHTA, 714-556-5995 | Fax |
| 70642 | RIGHT CLICK, INC., BAIJU MEHTA, 1221 E. DRYER ROAD, SUITE 225, SANTA ANA, CA, 92705 | US Mail (1st Class) |
| 70642 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, PO BOX 898, DOVER, DE, 19903 | US Mail (1st Class) |
| 70642 | SECURITIES & EXCHANGE COMMISSION, SECRETARY OF THE TREASURY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 70642 | SECURITIES & EXCHANGE COMMISSION, ATTN: ANDREW CALAMARI, REGIONAL DIR, NEW YORK REGIONAL OFFICE, BROOKFIELD PLC 200 VESEY ST STE 400, NEW YORK, NY, 10281-1022 | US Mail (1st Class) |
| 70640 | SFCC LOAN INVESTORS, LLC, ATTN: CHARLIE MONTS, CHARLIE@366DEVELOPMENT.COM | E-mail |
| 70642 | SFCC LOAN INVESTORS, LLC, ATTN: CHARLIE MONTS, 2148 JIMMY DURANTE BOULEVARD,, SUITE B, DEL MAR, CA, 92104 | US Mail (1st Class) |
| 70643 | SGR FOR MJC, SCOTT@HAMPTONPOPCORN.COM | E-mail |
| 70644 | SGR FOR MJC, 999 SOUTH OYSTER BAY ROAD, BETHPAGE, NY, 11714 | US Mail (1st Class) |
| 70640 | SHULMAN HODGES & BASTIAN LLP, ALAN J. FRIEDMAN;RYAN O'DEA, RODEA@SHBLLP.COM | E-mail |
| 70640 | SHULMAN HODGES & BASTIAN LLP, ALAN J. FRIEDMAN;RYAN O'DEA, AFRIEDMAN@SHBLLP.COM | E-mail |
| 70640 | SIMON PROPERTY GROUP, INC., ATTN: RONALD M. TUCKER, ESQ., RTUCKER@SIMON.COM | E-mail |
| 70641 | SIMON PROPERTY GROUP, INC., ATTN: RONALD M. TUCKER, ESQ., (317) 263-7901  *fax failed* | Fax |
| 70644 | SULLIVAN HAZELTINE ALLINSON LLC, ELIHU E. ALLINSON III, 901 N. MARKET ST., STE 1300, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 70643 | SULLIVAN HAZELTINE ALLINSON LLC, ELIHU E. ALLINSON III, ZALLINSON@SHA-LLC.COM | E-mail |
| 70640 | TERRAMAR CAPITAL LLC, ATTN: MARK CARMEL, JPHILLIPS@TERRAMARCAPITAL.COM | E-mail |
| 70642 | TERRAMAR CAPITAL LLC, ATTN: MARK CARMEL, 12100 WILSHIRE BLVD , STE 1750, LOS ANGELES, CA, 90025 | US Mail (1st Class) |
| 70644 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, 200 EAST LONG LAKE ROAD,, SUITE 300, BLOOMFIELD HILLS, MI, 48304 | US Mail (1st Class) |
| 70640 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, (RE: TAUBMAN LANDLORDS), ACONWAY@TAUBMAN.COM | E-mail |
| 70641 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, (RE: TAUBMAN LANDLORDS), (248) 258-7481 | Fax |
| 70643 | THE TAUBMAN COMPANY, ANDREW S. CONWAY, ESQUIRE, ACONWAY@TAUBMAN.COM | E-mail |
| 70640 | THE TAUNT LAW FIRM, PLLC, ERIKA D. HART, ESQ., (RE: TROLLI GMBH AND MEDERER U.S.A., INC), EHART@TAUNTLAW.COM | E-mail |
| 70640 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), BANKFILINGS@YCST.COM | E-mail |
| 70640 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), MBCLEARY@YCST.COM | E-mail |
| 70640 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), AMAGAZINER@YCST.COM | E-mail |
| 70641 | YOUNG CONAWAY STARGATT & TAYLOR LLP, M. BLAKE CLEARY;ANDREW L. MAGAZINER, (RE: CANDY CUBE HOLDINGS, LLC), (302) 571-1253 | Fax |

**Subtotal for this group: 144**