# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SUGARFINA, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11973 (MFW)<br>(Jointly Administered)<br><br>**Hearing Date:  November 5, 2019 at 10:30 a.m.**<br>**Objection Deadline:  October 28, 2019 @ 4:00 p.m.** |

## NOTICE OF APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FISHERBROYLES LLP AS SPECIAL COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

**PLEASE TAKE NOTICE** that on October 4, 2019, Sugarfina, Inc., a Delaware corporation ("SGRI"), Sugarfina International, LLC, a Delaware limited liability company ("SGRLLC"), and Sugarfina (Canada), Ltd. ("SGC" collectively with SGRLLC and SGRI, (the "Debtors"), in the above-captioned cases (collectively, the "Debtors"), filed the *Application for Entry of an Order Authorizing the Retention and Employment of FisherBroyles LLP as Special Counsel to the Debtors Nunc Pro Tunc to The Petition Date* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian Revenue Agency, as applicable are (1) Sugarfina, Inc., a Delaware corporation (4356), (2) Sugarfina International, LLC, a Delaware limited liability company (1254), and Sugarfina (Canada), Ltd. (4480).  The location of the Debtors' corporate headquarters is 1700 E. Walnut Ave, 5th Floor, El Segundo, California 90245.

11277273/1

and served upon, so as to be received by, the undersigned proposed counsel on or before **October 28, 2019 at 4:00 p.m. (prevailing Eastern Time)**. At the same time, you must also serve a copy of the response upon the Movant's counsel:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire | Alan J. Friedman, Esquire |
| Eric J. Monzo, Esquire | Ryan O'Dea, Esquire |
| Brya M. Keilson, Esquire | Shulman Hodges & Bastian |
| Morris James LLP | 100 Spectrum Center Drive; Suite 600 |
| 500 Delaware Avenue, Suite 1500 | Irvine, CA  92618 |
| Wilmington, DE 19801-1494 | Telephone:  (949) 427-1654 |
| Telephone:  (302) 888-6800 | |

Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** that the Application is scheduled to be heard on November 5, 2019 at 10:30 a.m. before The Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

October 4, 2019                                       /s/ Jeffrey R. Waxman
                                                                  Jeffrey R. Waxman (Bar No. 4159)