# **EXHIBIT B**

SUGARFINA DIP CASH FLOW PROJECTION - 13 WEEK v1.0

EST. SALE DATE: Week 8 — 10/26/2019

| | 1 9/7/2019 | 2 9/14/2019 | 3 9/21/2019 | 4 9/28/2019 | 5 10/5/2019 | 6 10/12/2019 | 7 10/19/2019 | 8 10/26/2019 | 9 11/2/2019 | 10 11/9/2019 | 11 11/16/2019 | 12 11/23/2019 | 13 11/30/2019 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Period (1)** | 296,939 | 133,815 | 127,790 | 135,669 | 101,379 | 16,719 | 84,690 | 621,690 | 1,093,544 | 921,044 | 763,544 | 606,044 | 448,544 | 296,939 |
| **Operating Receipts** | | | | | | | | | | | | | | |
| Cash Sales (Retail, eCommerce, Corporate) | 366,697 | 366,697 | 366,697 | 366,697 | 453,625 | 453,625 | 453,625 | 453,625 | - | - | - | - | - | 3,281,286 |
| A/R Collection (Wholesale) | 122,739 | 122,739 | 147,132 | 147,132 | 167,250 | 167,250 | 454,500 | 454,500 | - | - | - | - | - | 1,783,242 |
| Nordstrom In Store A/R | - | - | - | 131,605 | - | - | - | 160,959 | - | - | - | - | - | 292,565 |
| | 489,436 | 489,436 | 513,829 | 645,434 | 620,875 | 620,875 | 908,125 | 1,069,084 | - | - | - | - | - | 5,357,093 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll | 72,403 | 530,158 | 50,403 | 552,158 | 50,403 | 482,182 | 50,403 | 482,182 | - | - | - | - | - | 2,270,291 |
| Marketing | 13,825 | 13,825 | 13,825 | 13,825 | 12,474 | 12,474 | 12,474 | 12,474 | - | - | - | - | - | 105,195 |
| Travel & Entertainment | 5,122 | 5,122 | 5,122 | 5,122 | 6,974 | 6,974 | 6,974 | 6,974 | - | - | - | - | - | 48,392 |
| Professional Services | 33,631 | 33,631 | 33,631 | 33,631 | 23,692 | 23,692 | 23,692 | 23,692 | - | - | - | - | - | 229,292 |
| Merchant Services | 28,848 | 14,424 | 14,424 | 14,424 | 14,366 | 14,366 | 14,366 | 14,366 | - | - | - | - | - | 129,584 |
| Shipping and Delivery | 259,066 | 149,993 | 140,237 | 87,737 | 78,348 | 78,348 | 78,348 | 78,348 | - | - | - | - | - | 950,427 |
| Supplies & Equipment | 7,362 | 7,362 | 7,362 | 7,362 | 8,023 | 8,023 | 8,023 | 8,023 | - | - | - | - | - | 61,538 |
| Miscellaneous | 9,057 | 9,057 | 9,057 | 9,057 | 10,264 | 10,264 | 10,264 | 10,264 | - | - | - | - | - | 77,286 |
| Occupancy | 395,968 | - | - | 69,000 | 255,699 | - | - | 69,000 | - | - | - | - | - | 789,667 |
| Insurance | 49,854 | - | - | - | 45,839 | - | - | - | - | - | - | - | - | 95,693 |
| Utilities | 7,139 | 7,139 | 7,139 | 7,139 | 7,928 | 7,928 | 7,928 | 7,928 | - | - | - | - | - | 60,266 |
| Software and Related | 105,535 | - | - | - | 106,689 | 1,154 | 1,154 | 1,154 | - | - | - | - | - | 216,860 |
| Taxes | 75,000 | - | - | - | - | - | - | - | - | - | - | - | - | 75,000 |
| Equipment Lease | 15,000 | - | - | - | 15,000 | - | - | - | - | - | - | - | - | 30,000 |
| JD Group-Fulfillment & Production | - | - | - | 455,823 | - | - | - | 253,451 | - | - | - | - | - | 709,274 |
| JD Group Occupancy | - | - | - | 96,742 | - | - | - | 98,675 | - | - | - | - | - | 195,417 |
| Mexico Move (MOVE MNS Inventory to JD) | - | - | - | 100,000 | - | - | - | - | - | - | - | - | - | 100,000 |
| Inventory Purchases | 474,750 | 474,750 | 474,750 | 474,750 | - | - | - | - | - | - | - | - | - | 1,899,000 |
| | 1,552,560 | 1,245,461 | 755,950 | 1,929,724 | 635,697 | 645,404 | 213,625 | 1,064,731 | - | - | - | - | - | 8,043,151 |
| **Net Operating Cash Flow** | (1,063,124) | (756,025) | (242,121) | (1,284,290) | (14,822) | (24,529) | 694,500 | 4,354 | - | - | - | - | - | (2,686,058) |
| **Restructuring Related Fees and Expenses** | | | | | | | | | | | | | | |
| Professional Fees (Reserved Weekly, paid pursuant to Order) | - | - | - | - | - | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 157,500 | 1,260,000 |
| 1st day Motions (Deposits etc.) | 100,000 | - | - | - | - | - | - | - | - | - | - | - | - | 100,000 |
| Independent Board Members | - | - | - | - | 15,000 | - | - | - | 15,000 | - | - | - | - | 30,000 |
| US Trustee Fees | - | - | - | - | 54,837 | - | - | - | - | - | - | - | 78,161 | 132,998 |
| | (866,185) | (622,210) | (114,381) | (1,148,621) | 16,719 | (165,310) | 621,690 | 468,544 | 921,044 | 763,544 | 606,044 | 448,544 | 212,883 | (3,912,117) |
| **Capital Transactions/Plan Admin Payments(2)** | | | | | | | | | | | | | | |
| DIP Loan to fund operations and pay restructuring fees (pre-Sale Date) ( | 1,000,000 | 750,000 | 250,000 | 1,250,000 | - | 250,000 | - | - | - | - | - | - | - | 3,500,000 |
| Gross Sale Proceeds | - | - | - | - | - | - | - | 13,000,000 | - | - | - | - | - | 13,000,000 |
| Cure Payments | - | - | - | - | - | - | - | (650,000) | - | - | - | - | - | (650,000) |
| Inventory Adjustments | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| A/R Adjustments | - | - | - | - | - | - | - | (4,000,000) | - | - | - | - | - | (4,000,000) |
| DIP Loan Payoff | - | - | - | - | - | - | - | (4,849,179) | - | - | - | - | - | (4,849,179) |
| First Lien Payoff | - | - | - | - | - | - | - | (2,875,821) | - | - | - | - | - | (2,875,821) |
| Second Lien Paydown | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 503(b)(9) | - | - | - | - | - | - | - | - | - | - | - | - | (170,000) | (170,000) |
| | 1,000,000 | 750,000 | 250,000 | 1,250,000 | - | 250,000 | - | 625,000 | - | - | - | - | (170,000) | 3,955,000 |
| **Cash End of Period** | 133,815 | 127,790 | 135,669 | 101,379 | 16,719 | 84,690 | 621,690 | 1,093,544 | 921,044 | 763,544 | 606,044 | 448,544 | 42,883 | 42,883 |
| **DIP Loan Balance (Net at Cash End of Period)** | | | | | | | | | | | | | | |
| DIP Loan | 1,000,000 | 1,750,000 | 2,000,000 | 3,250,000 | 3,250,000 | 3,500,000 | 3,500,000 | - | - | - | - | - | - | 3,500,000 |
| Less: Cash End of Period | (133,815) | (127,790) | (135,669) | (101,379) | (16,719) | (84,690) | (621,690) | - | - | - | - | - | - | - |
| Net DIP Loan Balance (Net at Cash End of Period) | 866,185 | 1,622,210 | 1,864,331 | 3,148,621 | 3,233,281 | 3,415,310 | 2,878,310 | - | - | - | - | - | - | - |