**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SUGARFINA, INC., *et al.* | Case No. 19-11973 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 15, 2019 AT 2:00 P.M. (ET)**

**MATTERS NOT GOING FORWARD:**

1. Application/Motion to Employ/Retain Shulman Hodges & Bastian LLP as Bankruptcy Counsel to the Debtors Nunc Pro Tunc to The Petition Date [D.I. 99, filed September 17, 2019

    Objection Deadline: September 30, 2019

    Related Documents:
    A. Order Granting Application for Entry of an Order Authorizing the Retention and Employment of Shulman Hodges & Bastian as Bankruptcy Counsel to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 203, filed October 4, 2019]

    Status: The Court has entered the Order. No hearing is necessary.

2. Motion to Extend Deadline to File Schedules or Provide Required Information [D.I. 106, filed Septmber 19, 2019]

    Objection Deadline: September 26, 2019

    Related Documents:
    A. Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (II) Granting Related Relief [D.I. 170, filed September 30, 2019]

    Status: The Court has entered the Order. No hearing is necessary.

3. Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 107, filed September 19, 2019]

    Objection Deadline: September 26, 2019

2

Related Documents:
A. Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 198, filed October 3, 2019]

Status:  The Court has entered the Order. No hearing is necessary.

4. Debtors' Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property as of the Vacate Date and (B) Abandon Certain Personal Property in Connection Therewith [D.I. 123, filed September 20, 2019]

   Objection Deadline: September 27, 2019

   Related Documents:
   A. Order Granting Debtors' Omnibus Motion for Entry of an Order Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property as of the Vacate Date and (B) Abandon Certain Personal Property in Connection Therewith [D.I. 199, filed October 3, 2019]

   Status:  The Court has entered the Order. No hearing is necessary.

5. Motion Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Authorization of the Retention, Employment and Compensation of Professionals Utilized by the Debtors in the Ordinary Course of Business, Nunc Pro Tunc to September 6, 2019 [D.I. 127, filed September 23, 2019]

   Objection Deadline: September 30, 2019

   Related Documents:
   A. Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business [D.I. 202, filed October 4, 2019]

   Status:  The Court has entered the Order. No hearing is necessary.

6. Motion to Establish Deadline to File Proofs of Claim (II) Approving the Form and Manner for Submitting such Proofs of Claim, and (III) Approving Notice Thereof [D.I. 153, filed September 26, 2019]

   Objection Deadline: October 3, 2019

   Related Documents:
   A. Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [D.I. 228, filed October 8, 2019]

   Status:  The Court has entered the Order. No hearing is necessary.

7. Application/Motion to Employ/Retain Morris James LLP as Counsel to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 139, filed September 24, 2019]

   Objection Deadline: October 8, 2019

   Related Documents:
   A. Certification of Counsel re Application/Motion to Employ/Retain Morris James LLP as Counsel to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 232, filed October 9, 2019]

   Status:  The Court has entered the Order. No hearing is necessary.

8. Application/Motion to Employ/Retain Force 10 Partners LLC as Financial Advisor Effective Nunc Pro Tunc to the Petition Date [D.I. 141, filed September 24, 2019]

   Objection Deadline: October 8, 2019

   Related Documents:
   A. Certification of Counsel re Application/Motion to Employ/Retain Force 10 Partners LLC as Counsel to the Debtors Nunc Pro Tunc to the Petition Date [D.I. 234, filed October 9, 2019]

   Status:  The Court has entered the Order. No hearing is necessary.

**MATTERS GOING FORWARD**

9. Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property Nunc Pro Tunc to the Petition Date and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief and (III) for Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases [D.I. 24, filed September 6, 2019]

   Related Documents:
   A. Certification of Counsel re Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property Nunc Pro Tunc to the Petition Date and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief and (III) for Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases [D.I. 188, filed October 2, 2019]

   Status: A Certification of Counsel has been filed.  The hearing will be going forward.

Dated: October 10, 2019

**MORRIS JAMES LLP**

*/s/ Brya M. Keilson*
Brya M. Keilson (DE Bar No. 4643)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: bkeilson@morrisjames.com
E-mail: emonzo@morrisjames.com

and

**SHULMAN BASTIAN LLP**
Alan J. Friedman, Esquire
Ryan O'Dea, Esquire
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 427-1654
Facsimile: (949) 340-3000
E-mail: afriedman@shbllp.com
E-mail: rodea@shbllp.com

*Counsel to the Debtors and Debtors in Possession*

11291009/2