# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SUGARFINA, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11973 (MFW)<br>(Jointly Administered)<br><br>**Re: D.I. 268** |

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that on October 15, 2019, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Approving Bidding Procedures and Protections in Connection with a Sale of Substantially All of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (B) Scheduling an Auction and Sale Hearing; (C) Approving the Form and Manner of Notice Thereof; (D) Approving Procedures for the Assumption and Assignment of Contracts and Leases; and (E) Granting Related Relief and (II)(A) Authorizing and Approving the Sale of Substantially All the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances; (B) Authorizing and Approving the Assumption and Assignment of Certain Contracts and Leases; and (C) Granting Related Relief* [D.I. 268] (the "Bid Procedures Order"), which approved, among other things, certain bidding procedures (the "Bidding Procedures") in connection with the sale of all or any part of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, on October 22, 2019, the Debtors conducted the Auction[2] and determined that the highest and best

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or Canadian Revenue Agency, as applicable are (1) Sugarfina, Inc., a Delaware corporation (4356), (2) Sugarfina International, LLC, a Delaware limited liability company (1254) and (3) Sugarfina (Canada), Ltd. (4480). The location of the Debtors' corporate headquarters is 1700 E. Walnut Ave., 5th Floor, El Segundo, California 90245.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Bid Procedures Order.

value for the Debtors' estates and their creditors was offered by Sugarfina Acquisition Corp. ("SAC"). The Debtors have determined SAC to be the Successful Bidder and its bid to be the Successful Bid.

**PLEASE TAKE FURTHER NOTICE** that the Successful Bid remains subject to the execution and approval of certain definitive documentation.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, the Debtors have designated Candy Cube Holdings, LLC as the Back-Up Bidder and its bid to acquire substantially all assets of the Debtors in a sale pursuant to section 363 of the Bankruptcy Code as the Back-Up Bid.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider approval of the results of the Debtors' sale process and Auction is scheduled on October 24, 2019, at 10:30 a.m. (ET) before the Honorable Mary F. Walrath at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801. The Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Hearing or on the Court's docket.

THIS SPACE INTENTIONALLY LEFT BLANK

**PLEASE TAKE FURTHER NOTICE** that the Debtors will report on the status of the Successful Bid and will seek approval of the Back-Up Bid at the Hearing.

| | |
|---|---|
| DATED: October 22, 2019 | **MORRIS JAMES LLP** |
| | */s/ Brya M. Keilson* |
| | Brya M. Keilson, Esquire (DE Bar No. 4643) |
| | Eric J. Monzo, Esquire (DE Bar No. 5214) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: bkeilson@morrisjames.com |
| | E-mail: emonzo@morrisjames.com |
| | |
| | and |
| | |
| | **SHULMAN BASTIAN LLP** |
| | Alan J. Friedman, Esquire |
| | Ryan O'Dea, Esquire |
| | 100 Spectrum Center Drive, Suite 600 |
| | Irvine, CA 92618 |
| | Telephone: (949) 427-1654 |
| | Facsimile: (949) 340-3000 |
| | E-mail: afriedman@shbllp.com |
| | E-mail: rodea@shbllp.com |
| | |
| | *Counsel to the Debtors and Debtors in Possession* |